UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: Sandra Jean Link-Smith | Case No. 07-30035-maw

| Judge Mary Ann Whipple

Debtor,

**NOTICE OF APPEARANCE**

      Comes now Joyce Anagnos and enters her appearance as counsel for City of Toledo Department of Public Utilities ("Creditor") in the above referenced case. Please send any and all notices to the undersigned at the address below.

Respectfully submitted,

/s/ Joyce Anagnos
Joyce Anagnos, Senior Attorney (#0078516)
Counsel for Defendant, City of Toledo Department of Public Utilities
420 Madison Ave., Suite 100
Toledo, Ohio 43604
Telephone: (419) 936-3455
Fax: (419) 936-7876
Joyce.Anagnos@toledo.oh.gov

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically this 25th day of June, 2007. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties will be served by regular U.S. mail if not capable of being served by ECF. Parties may access this filing through the Court's system.

| | |
|---|---|
| Ericka S. Parker | Benjamin A. Randall, Esq. |
| 33 S. Michigan Ave., Ste. 203 | 448 W. Woodruff |
| Toledo, OH 43604 | Toledo, OH 43604 |
| esparker@sbcglobal.net | outsiders@toltbbs.com |
| *Trustee* | *Counsel for Debtor* |

                                                 /s/ Joyce Anagnos
                                    Joyce Anagnos, Senior Attorney (#0078516)
                                    Counsel for Defendant, City of Toledo Department of Public Utilities
                                    420 Madison Ave., Suite 100
                                    Toledo, Ohio 43604
                                    Telephone: (419) 936-3455
                                    Fax: (419) 936-7876
                                    Joyce.Anagnos@toledo.oh.gov