# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

In re:  LINK-SMITH, SANDRA JEAN.      Case No. 07-30035

    Debtor.

    Judge Mary Ann Whipple

## NOTICE AND AFFIDAVIT OF NON-PAYMENT

Now comes the Trustee and respectfully gives notice of non-payment by the Debtor, **SANDRA JEAN LINK-SMITH**. Pursuant to the Stipulated Order dated March 28, 2007, the Debtor, **SANDRA JEAN LINK-SMITH**, agreed to pay $1,934.00 to the Trustee for the benefit of the estate. As can be seen from the attached Affidavit, the Debtor, **SANDRA JEAN LINK-SMITH**, did not make the payments required by said order. Therefore, the discharge of the Debtor, **SANDRA JEAN LINK-SMITH,** should be revoked without further notice or hearing.

    /s/Ericka S. Parker
    Ericka S. Parker (0068217)
    33 S. Michigan St., #203
    Toledo, OH 43604
    (419) 243-0900
    Fax (419) 243-0955

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this Thursday, June 28, 2007

LINK-SMITH, SANDRA JEAN
2252 VERMONT
TOLEDO, OH 43620
*Served via regular US mail

BENJAMIN A. RANDALL
Attorney for debtor(s)
outsiders@toltbbs.com
*Served Electronically

Office of the U.S. Trustee
*Served Electronically

      /s/ Ericka S. Parker
      Ericka S. Parker, Trustee

## AFFIDAVIT OF NON-PAYMENT

STATE OF OHIO         )
                      )   SS.
COUNTY OF LUCAS       )

Ericka S. Parker, Trustee, being first duly sworn, states and says:

That the Debtor, **SANDRA JEAN LINK-SMITH**, has not complied with the Stipulated Order of March 28, 2007, to wit: the Debtor has not made any payments to the Trustee leaving a balance due the bankruptcy estate of $1,934.00. Pursuant to the stipulated order, the debtor was to pay $50/month beginning April 1, 2007. No payments have been paid to the Trustee at all and in May the debtor was granted an extension until 6/5/07 to make a payment of $100 and she didn't. The debtor's counsel has been contacted about the non payment and no attempt has been made to contact the Trustee to request additional time.

FURTHER AFFIANT SAYETH NAUGHT

_____
Ericka S. Parker

Sworn to and subscribed by me this 28th day of June, 2007.

_____
Notary Public

KELLEY M. GEMBRESKA
Notary Public, State of Ohio
My Commission Expires 12-12-09